BEFORE THE THIRD DIVISION, AUGUST 7, 1952

**No. 56829.**—Stivanello-Culcasi Theatrical Costume Co. *v.* United States, protest 182532–K (New York).

Opinion by JOHNSON, J. The record disclosed that the entry was liquidated on August 1, 1951, and that the protest was filed on November 1, 1951. Inasmuch as the protest was not filed within the statutory period of 60 days after liquidation, as required by section 514, Tariff Act of 1930, the action of the collector became final and conclusive upon all parties, and the motion to dismiss was granted.

BEFORE THE THIRD DIVISION, AUGUST 8, 1952

**No. 56830.**—A. J. Arango a/c Maurice Pincoffs Co. *v.* United States, protest 170582–K (Tampa).

Opinion by EKWALL, J. At the trial it was stipulated that the merchandise consists of "damaged sunflower seed meal, damaged by fire; that it was imported and sold to be used exclusively as fertilizer, or as an ingredient in the manufacture of fertilizer; that it is black in color and when imported was used for fertilizer purposes only; that at the time of importation and immediately prior thereto that type of merchandise was used chiefly as fertilizer, or as an ingredient in the manufacture of fertilizer." In view of the stipulation, it was held that the merchandise is entitled to free entry as claimed by the plaintiff.